IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RE: Search Warrant of 4477 Lee Road 137, )
Lot 31, Auburn, Alabama 36832            )  CR. MSC. NO. 3:06mj141-CSC

## MOTION TO SEAL AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the affidavit in the instant case because the investigation in this case is ongoing.

The United States requests that this Motion be sealed.

Respectfully submitted this 19th day of December, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney

FILED
DEC 9 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST