```
                                  FILED
                                DEC  9 2006
                                  CLERK
                             U.S. DISTRICT COURT
                             MIDDLE DIST. OF ALA.
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RE: Search Warrant of 4477 Lee Road 137, )
Lot 31, Auburn, Alabama 36832            )   CR. MISC. NO. 3:06mj141-CSC

## ORDER

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant be sealed until further order of the Court.

DONE this the 9th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE